RECEIVED

NOV 30 2006

Property of U.S. District Court
District of Rhode Island

PROB 12B
(12/00)

# United States District Court
for
The District of Rhode Island

## Request for Modifying the Conditions and Extend the Term of Supervision with Consent of the Offender

**Name of Offender:** Peter D'Ambra **Case Number:** 1:01CR00089-01L

**Name of Sentencing Judicial Officer:** Honorable Ronald R. Lagueux

**Date of Original Sentence:** January 4, 2002

**Original Offense:** Count I: Possession of a Sawed-Off Shotgun and Count II: Manufacture of Marijuana, a Schedule I Controlled Substance

**Original Sentence:** Thirty-three months incarceration to be served concurrent on each count, three years supervised release with a special condition for substance abuse treatment and a $3,000 fine. Special Assessment $200.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** January 16, 2004

---

☒ To extend the term of supervision for 6 months, for a total term of 3 ½ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall complete four hours of community service for a period of ten weeks as directed by the U.S. Probation Department.**

**CAUSE**

Since Mr. D'Ambra's supervision is scheduled to expire on January 15, 2007 and he has committed several violations of his supervised release, which is based upon the following information, it is respectfully recommended that the Court consider imposing the above-mentioned modifications.

Between October 20, 2005, and August 8, 2006, Mr. D'Ambra had contact with law enforcement personnel and failed to report his contact in Part E of his monthly supervision reports.

On August 8, 2006, Mr. D'Ambra was charged with Prohibited Operation/Boat by the Rhode Department of Environmental Management Police Department. On October 25, 2006, Mr. D'Ambra appeared in Fourth Division District Court, pled nolo contendere to Prohibited Operation/Boat and was fined as well as ordered to pay court costs.

On August 29, 2006, Mr. D'Ambra was arrested and charged with Driving a Motor Vehicle with an Expired License and Possession of Marijuana. He is currently released on $2,000 surety bail and reporting to the state bail unit. He

PROB 12B
(12/00)

and Possession of Marijuana. He is currently released on $2,000 surety bail and reporting to the state bail unit. He will be arraigned on this matter on December 11, 2006, and it is unlikely this matter will be adjudicated before his expected January 15, 2007, discharge from supervision.

On November 14, 2006, Mr. D'Ambra submitted a urine specimen that tested positive for marijuana. He admitted smoking from a marijuana cigarette while socializing with friends. He has been referred for outpatient counseling with the Phoenix House by the Rhode Island bail unit.

On November 29, 2006, USPO Borrelli spoke to Assistant United States Attorney Mary E. Rogers and she advised that she does not pose any objections to the above-mentioned modifications.

On November 29, 2006, Mr. D'Ambra met with USPO Borrelli and executed a PROB form 49 - Waiver of Hearing to Modify of Conditions of Supervised Release. In view of Mr. D'Ambra's continued pattern of a noncompliance, it is respectfully recommended that his conditions be modified to include the above-mentioned conditions in lieu of violation proceedings. During the remainder of Mr. D'Ambra's term of supervision, we will make a concerted effort to bring him back into compliance with all the terms of supervision. If noncompliance continues, however, the Court shall be notified and punitive action may be sought.

**Reviewed and Approved by:**

Kurt E. O'Sullivan

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 11/29/06

**Respectfully Submitted by:**

David S. Borrelli

**David S. Borrelli**
**U.S. Probation Officer**

Date: 11/29/06

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Ronald R. Lagueux

Honorable Ronald R. Lagueux
Senior U.S. District Judge

1/10/07
Date