594095

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of

UNITED STATES OF AMERICA

V.

Peter D'Ambra

**WARRANT FOR ARREST**

Case 01-89-01L

RECEIVED
U.S. MARSHALS SERVICE
MAY 15 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest PETER D'AMBRA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition x Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
See Attached

in violation of Title 18 United States Code, Section(s) 3583(d)

Barbara J. Gilfillan
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Providence, RI 5/15/07
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
NARRAGANSETT, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-15-07 | PAUL SUGRUE | [signature] |
| DATE OF ARREST 6-13-07 | DEPUTY US MARSHAL | |