# Criminal Docket Sheet Report

**Case ID:** W2-2006-0545A **Description:** PETER DAMBRA
**Filing Date:** 27-NOV-2006
**Original Case ID:** 42-2006-03162

**Defendant Name:** PETER J DAMBRA **Police Dept:** NARRAGANSETT POLICE DEPARTMENT

**BCI#:** 00081538 **carcerated:**

**Address:** 8 CON

REDACTED

NARRAG

**PUBLIC DEFENDER:** DANIEL E. CIORA
**PROSECUTOR:** ERIK WALLIN

## Charge Information

**Count:** 1 21-28-4.01-c2ii/F **POSS MARIJUANA/SUB OFF**
**Offense Date:** 29-AUG-2006
**Charge Text:** Prev Convics on 07-08-1996 and 03-11-1999
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** SUSPENDED
**Term:** 3 Years
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:**

**Sentence:** PROBATION
**Term:** 3 Years
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:**

**Sentence:** TASC
**Term:** 0 Days
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:**

**Sentence:** SUBSTANCE ABUSE COUNSELING
**Term:** 0 Days
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:**

**Sentence:** COMMUNITY SERVICE
**Term:** 300 Hours
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:** AT A RATE OF 100 HOURS PER YEAR

**Count:** 2 31-11-18/NLIC **DRIVE WITHOUT/EXPIRED LICENSE**
**Offense Date:** 29-AUG-2006
**Charge Text:**

Case 1:01-cr-00089-L Document 18-1 Filed 06/25/2007 Page 2 of 4

W2-2006-0545A

# Criminal Docket Sheet Report

## Charge Information

**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FINE
**Term:** 0 Days
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:** $250.00

**Sentence:** NO LOSS OF LICENSE
**Term:** 0 Days
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:**

**Sentence:** ASSESSMENTS INCLUDING FINE
**Term:** 0 Days
**Start:** 29-JAN-2007
**Judge:** JUDGE NUGENT
**Text:** $1,136.50

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

29-AUG-2006 CASH BAIL SET AT$ 2,000.00

11-OCT-2006 SURETY BAIL SET $2500.00
11-DEC-2006 SURETY BAIL SET AT $2,500.00 SURETY OR 10% CASH

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|
| 11-DEC-2006 BAIL POSTED/CASH | PETER J DAMBRA | $250.00 |
| | **Refunded Amount:** | $250.00 |

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|

## Events

| Date | Event | Judge |
|---|---|---|

W2-2006-0545A

# Criminal Docket Sheet Report

## Events

| Date | Event | Judge |
|---|---|---|
| 11-DEC-2006 | **ARRAIGNMENT**<br>DEFT ARRGN & PLEADS NOT GUILTY<br>PUBLIC DEFENDER T/ENTER APPEAR | RUBINE, JUDGE |
| 08-JAN-2007 | **PRE-TRIAL CONFERENCE**<br>PENDING FURTHER INVESTIGATION | NUGENT, JUDGE |
| 16-JAN-2007 | **PRE-TRIAL CONFERENCE**<br>CONSIDERATION OF DISPOSITION | NUGENT, JUDGE |
| 29-JAN-2007 | **PRE-TRIAL CONFERENCE**<br>DEFN RETRACTS PLEA/NOT GUILTY<br>DEFENDANT RE-ARRAIGNED<br>PRE-SENTENCE REPORT WAIVED<br>DISPOSED/SENTENCED AT PRE TRL | NUGENT, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 29-AUG-2006 | FELONY INITIAL APPEARANCE | |
| 29-AUG-2006 | CASE ADDED THROUGH INTERFACE | |
| 29-AUG-2006 | REFERRED TO FELONY SCREENING | |
| 29-AUG-2006 | CASH BAIL SET | AT$ 2,000.00 |
| 29-AUG-2006 | WANT OF BAIL DEFT IS COMMITTED | |
| 29-AUG-2006 | ENTRY OF APPEARANCE | |
| 11-OCT-2006 | COMPLETED | |
| 11-OCT-2006 | AFFIDAVIT OF BAIL FILED | |
| 11-OCT-2006 | Payment Applied | |
| 11-OCT-2006 | SURETY BAIL SET | $2500.00 |
| 08-NOV-2006 | CONTINUED FOR FURTHER HEARING | |
| 06-DEC-2006 | INFORMATION FILED<br>**Affiliated Party:** RHODE ISLAND COURTS | |
| 11-DEC-2006 | BAIL POSTED/CASH | |
| 11-DEC-2006 | DEFT ARRGN & PLEADS NOT GUILTY<br>PUBLIC DEFENDER T/ENTER APPEAR | |
| 11-DEC-2006 | PUBLIC DEFENDER T/ENTER APPEAR | |

# Criminal Docket Sheet Report

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 11-DEC-2006 | PRETRIAL NOTICE ISSUED | |
| 11-DEC-2006 | SURETY BAIL SET | AT $2,500.00 SURETY OR 10% CASH |
| 11-DEC-2006 | ORD ENT TRANSFERRING CASH BAIL | |
| 11-DEC-2006 | RECOGNIZANCE FILED | |
| 14-DEC-2006 | ENTRY OF APPEARANCE BY P.D.<br>**Affiliated Party**: CIORA, DANIEL E. | |
| 08-JAN-2007 | PENDING FURTHER INVESTIGATION | |
| 16-JAN-2007 | CONSIDERATION OF DISPOSITION | |
| 29-JAN-2007 | DEFN RETRACTS PLEA/NOT GUILTY<br>DEFENDANT RE-ARRAIGNED<br>PRE-SENTENCE REPORT WAIVED<br>DISPOSED/SENTENCED AT PRE TRL<br>**Affiliated Party**: DAMBRA, PETER J | |
| 29-JAN-2007 | DEFENDANT RE-ARRAIGNED | |
| 29-JAN-2007 | PRE-SENTENCE REPORT WAIVED | |
| 29-JAN-2007 | CERTIFICATE OF JUDGE<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 29-JAN-2007 | AGREEMENT TO PAY COSTS<br>**Affiliated Party**: DAMBRA, PETER J | |
| 29-JAN-2007 | JUDGMENT OF CONVICTION ENTERED<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 29-JAN-2007 | DISPOSED/SENTENCED AT PRE TRL<br>**Affiliated Party**: DAMBRA, PETER J | |
| 30-JAN-2007 | C/B APPLIED COURT COSTS | CK#704 FOR $250.00 |
| 30-JAN-2007 | Payment Applied | A Payment of -$250.00 was made on receipt SCW34046. |
| 31-JAN-2007 | DISPOSITION TRANSMITTED TO DMV | Disposition of GPNOL for charge # 2, charge code 31-11-18/NLIC transmitted to DMV. |
| 22-FEB-2007 | CHECK ISSUED<br>**Affiliated Party**: DAMBRA, PETER J | A Disbursement of $250.00 on Check Number 2361 |
| 01-MAR-2007 | Payment Applied | A Payment of -$20.00 was made on receipt SCW34321. |
| 05-APR-2007 | Payment Applied | A Payment of -$25.00 was made on receipt SCW34666. |

# Criminal Docket Sheet Report

41-2007-01351

**Case ID:** 41-2007-01351 **Description:** PETER DAMBRA
**Filing Date:** 26-APR-2007
**Original Case ID:**

**Defendant Name:** PETER J DAMBRA **Police Dept:** NARRAGANSETT POLICE DEPARTMENT
**BCI#:** 00081538 **Date of Birth:** 28-JUL-1955 **Incarcerated:**

**Address:** 8 CONANT AVENUE

NARRAGANSETT RI 02882

## Charge Information

**Count:** 1 31-11-18 **DRIVING WITH SUSPENDED LICENSE**
**Offense Date:** 12-APR-2007

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** PROBATION
**Term:** 1 Years
**Start:** 01-MAY-2007
**Judge:** JUDGE CENERINI
**Text:**

**Sentence:** COURT COSTS
**Term:** 0 Years
**Start:** 01-MAY-2007
**Judge:** JUDGE CENERINI
**Text:** 93.50

**Sentence:** NO LOSS OF LICENSE
**Term:** 0 Years
**Start:** 01-MAY-2007
**Judge:** JUDGE CENERINI
**Text:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

### Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 01-JUN-2007 | ABILITY TO PAY COSTS | 4D | |
| 04-JUN-2007 | ABILITY TO PAY COSTS | 4D | |

41-2007-01351

# Criminal Docket Sheet Report

## Events

| Date | Event | Judge |
|---|---|---|
| 01-MAY-2007 | **ARRAIGNMENT**<br>DISPOSED/SENTENCED | CENERINI, JUDGE |

## Case Jackets

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Case Evidence

| Check Out Date | Returned Date | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 01-MAY-2007 | DISPOSED/SENTENCED | |
| 07-MAY-2007 | DISPOSITION TRANSMITTED TO DMV | Disposition of GPNOL for charge # 1, charge code 31-11-18 transmitted to DMV. |

Total number of pages printed : 2

Date printed : 13-JUN-2007

User Name : DBORRELLI