UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 01-0089L |
| | ) | |
| PETER D'AMBRA | ) | |

---

MOTION TO EXPEDITE HEARING

Now comes the defendant Peter D'Ambra, by and through his counsel, and moves this Honorable Court to expedite his supervised release revocation hearing currently scheduled for August 14, 2007. In support of this motion counsel states that Magistrate Judge Martin's Report and Recommendation recommends that this Court impose a sentence of 60 days incarceration for his violation. Mr. D'Ambra has been held since June 12, 2007, which means that he will have accrued 60 days in custody as of Saturday, August 11, 2007. Mr. D'Ambra requests that his hearing be rescheduled to at least August 10, 2007, in order to effectuate the recommended sentence without serving any longer period of time. The Government has no objection to this request.

Respectfully submitted
Peter D'Ambra
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was electronically filed with notification to David Borelli, United States Probation Officer, and Mary Rogers, Assistant United States Attorney, on July 17, 2007.

/s/ Kevin J. Fitzgerald